IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joan Lynch,                                    :
                                               :
            Plaintiff(s),                       :
                                               :   Case Number: 1:12cv75
      vs.                                      :
                                               :   Chief Judge Susan J. Dlott
Commissioner of Social Security,               :
                                               :
            Defendant(s).                       :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 23, 2013 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 11, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for a determination of what limitations will remain in the absence of plaintiff's substance abuse.

IT IS SO ORDERED.


_____s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court